**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6851**

———————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JONATHAN WAYNE WADE,

Defendant – Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:95-cr-00005-FDW-9)

———————

Submitted:  July 23, 2009            Decided:  July 30, 2009

———————

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jonathan Wayne Wade, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Wayne Wade appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion, which was based on the recent crack cocaine amendments to the sentencing guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wade, No. 3:95-cr-00005-FDW-9 (W.D.N.C. Apr. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED